UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

WILBERT COLON,                          :
                 Petitioner,            :
          v.                            :          No. 2:22-cv-0596
                                        :
BERNADETTE MASON, *et al*.,             :
                 Respondents.           :
_____

## O R D E R

**AND NOW**, this 25th day of June, 2024, for the reasons set forth in the Opinion issued

this date, **IT IS HEREBY ORDERED THAT**:

1.      Colon's objections, ECF No. 31, to the Report and Recommendation are
**OVERRULED**;

2.      The Report and Recommendation, ECF No. 30, is **ADOPTED**;

3.      The petition for writ of habeas corpus is **DENIED** and **DISMISSED**:

4.      This case is **CLOSED**; and

5.      There is no basis for the issuance of a certificate of appealability.


                              BY THE COURT:


                              */s/ Joseph F. Leeson, Jr.*_____
                              JOSEPH F. LEESON, JR.
                              United States District Judge